IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NETTIE GRIFFIN,**

    **Plaintiff,**

**v.**                                                     **No. CIV-15-0780 MCA/LAM**

**NATHAN KINNISON, MARK MORRISON,**
**and SHOWN GORE, all as**
**Roosevelt County Sherriff's Officers,**

    **Defendants**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on September 8, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 25*], filed August 25, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**