IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NETTIE GRIFFIN,**

    **Plaintiff,**

v.                                                       No. CIV-15-0780 MCA/LAM

**NATHAN KINNISON, MARK MORRISON,**
**and SHOWN GORE, all as**
**Roosevelt County Sherriff's Officers,**

    **Defendants.**

## **STIPULATED ORDER GRANTING MOTION TO EXTEND DEADLINES**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Pre-Trial Discovery and Pre-Trial Motions Deadlines (Doc. 40)*, filed February 7, 2017. Having reviewed the motion and record of the case, and having consulted with the presiding judge in this case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Pre-Trial Discovery and Pre-Trial Motions Deadlines (Doc. 40)* is **GRANTED** and the current Scheduling Order is modified as follows:

    a.    Termination date for discovery:     **April 7, 2017**.

    b.    Motions relating to discovery to be filed by:     **April 21, 2017**.

    c.    Pre-trial Motions:     **May 1, 2017**.

All other deadlines contained in the Court's previous Order [*Doc. 29*] remain unchanged by this modification.

    **IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted and approved: *(Prior to modification by the Court)*

*BROWN LAW FIRM*
*BROWN & GURULÉ*


  /s/Daniel J. Macke, 02/07/17
Daniel J. Macke
Attorney for Defendants
3777 The American Rd. NW, Suite 100
Albuquerque, NM 87114
(505) 292-9677
(505) 292-9680
dan@brownlawnm.com


  /s/ Approval via email, 02/06/2017
Joseph P. Kennedy
Kennedy Kennedy & Ives LLC
1000 2nd Street, NW
Albuquerque, NM 87102
(505) 244-1400
(505) 244-1406 (facsimile)
jpk@civilrightslawnewmexico.com