IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NETTIE GRIFFIN,**

   **Plaintiff,**

v.                                                                   No. 15-cv-0780-MCA-LAM

**ROOSEVELT COUNTY SHERIFF'S OFFICERS
NATHAN KINNISON, MARK MORRISON, and
SHAWN GORE,**

   **Defendants.**

## STIPULATED CONFIDENTIALITY ORDER

**THIS MATTER** is before the Court on the parties' *Stipulated Motion for Confidentiality Order (Doc. 44)*, filed March 22, 2017.  Having reviewed the motion, the Court hereby orders the following:

Plaintiff Nettie Griffin shall produce in discovery a release for medical records of Plaintiff.  Plaintiff's medical records are subject to the following terms and conditions:

1. This Stipulated Confidentiality Order shall apply to all materials designated by a party as confidential in accordance with this order.

2. Documents shall be identified as confidential within the scope of this Stipulated Confidentiality Order by either stamping such materials with the word "Confidential," or alternatively by setting forth in a cover letter with any Confidential Material produced that such material is Confidential Material, or alternatively by placing a cover sheet on the front of Confidential Material produced, with the word "CONFIDENTIAL" typed,

written, or printed on such cover sheet. Deposition testimony shall be identified as confidential within the scope of this order by designating specific pages of the deposition transcript as "Confidential" within thirty days after receipt of the deposition transcript.

3. Documents and information covered by this Stipulated Confidentiality Order may be disclosed to parties, counsel and expert witnesses in connection with this lawsuit.

4. With respect to any material which has been designated as confidential by the producing party, the non-producing party may file a motion with the Court requesting that such material should not be deemed confidential. Unless and until otherwise ordered by the Court, documents or other materials designated as confidential shall be treated as confidential.

5. Nothing herein shall prevent a party from utilizing the other party's confidential documents and information at the trial of this case or in any pre-trial proceeding, subject to the right of the party to seek protection of such materials and information from the Court.

6. Upon completion of this action, the parties and their respective legal counsel shall either destroy all copies of confidential documents covered by this order or shall return them to counsel for the producing party.

7. Nothing contained in this Order, and no action taken pursuant to this Order, shall prejudice the right of any party to contest the alleged relevancy, admissibility or discoverability of documents sought or subject to this Order.

8. This order shall continue in force until amended or superseded by express order of the Court and shall survive any final order entered herein.

    IT IS SO ORDERED.

_____
**LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**

Approved and agreed to: *(Prior to modification by the Court)*

**KENNEDY KENNEDY & IVES**

<u>*/s/ Joseph P. Kennedy*</u>
Joseph P. Kennedy
*Attorney for Plaintiff*
1000 2nd Street NW
Albuquerque, NM  87102
 505-244-1400 / F: 505-244-1406
jpkennedy@civilrightslaw.com

**BROWN LAW FIRM**

<u>*Approved via email 03/16/17*</u>
Daniel J. Macke
*Attorney for Defendants*
3777 The American Rd. NW, Suite 100
Albuquerque, NM 87114
(505) 292-9677 / F: (505) 292-9680
dan@brownlawnm.com

3